## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Criminal Case No. 14-cr-00328-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     ADREAN WILLIAMS,

      Defendant.

___

## ORDER RESETTING TRIAL DATES
___

This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **January 20, 2015 at 9:00 a.m.**  It is

ORDERED that a Trial Preparation Conference is set for **January 13, 2015 at 4:00 p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)     jury selection;

    2)     sequestration of witnesses;

    3)     timing of presentation of witnesses and evidence;

    4)     anticipated evidentiary issues;

5)   any stipulations as to fact or law; and

6)   any other issue affecting the duration or course of the trial.

DATED this 21st day of October, 2014.

                                             BY THE COURT:

                                             _____
                                             RAYMOND P. MOORE
                                             United States District Judge