# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 14-cr-00328-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ADREAN WILLIAMS,

    Defendant.

_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

Pursuant to the Notice of Disposition filed on January 29, 2015 (Docket No. 25). A Change of Plea Hearing is set for **March 4, 2015** at **9:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **February 11, 2015,** and the **three-day** jury trial scheduled for **February 17, 2015** are VACATED.

DATED this 3rd day of February, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge